

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00050-CV

IN RE EMIL LIPPE, JR., LAW            RELATORS
OFFICES OF LIPPE &
ASSOCIATES, DAVID LINE, THE
LINE LAW FIRM, SUN TEC
COMPUTER, INC., ADISU S.
TADESSE, WON PAK, AND
RONNY LUONG

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: GABRIEL, DAUPHINOT, and GARDNER, JJ.

DELIVERED: March 11, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).